# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MITCHELL,<br><br>                      Plaintiff,<br><br>   v.<br><br>NETHANJAH BREITENBACH, et al.,<br><br>                    Defendants. | Case No. 3:23-cv-00388-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 15 |

**IT IS HERERY ORDERED** that, pursuant to the status report filed at ECF No. 15, the Attorney General's Office will file a document detailing the status of this case on or before **Monday, November 4, 2024**.

DATED: November 1, 2024.

_____
Craig S. Denney
United States Magistrate Judge