# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID MITCHELL,

    Plaintiff,

vs.

NETHANJAH BREITENBACH, *et al.*,

    Defendants.

Case No. 3:23-cv-00388-ART-CSD

**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, David Mitchell, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 19th day of November, 2024.

_____
DAVID MITCHELL
*Plaintiff*

DATED this 31st day of October, 2024.

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum, United States District Judge

DATED: December 23, 2024

1